UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Y.Z., <br> Plaintiff, <br> vs. <br> CLARK COUNTY SCHOOL DISTRICT, <br> Defendant. | Case No. 2:13-cv-01545-APG-PAL <br><br> **ORDER** <br><br> (Mtn to Seal - Dkt. #16) |

This matter is before the court on Defendant Clark County School District's Motion for Leave to File Under Seal (Dkt. #16). No response to the Motion was filed, and the time for filing one has now run. The court has considered the Motion.

Defendant seeks an order, pursuant to LR 10-5, allowing it to file its Opposition (Dkt. #15) to Plaintiffs' Motion for Attorney's Fees (Dkt. #13) under seal. Defendant represents that Y.Z.'s date of birth and home address was included on Exhibit 1. Additionally, the Adams Esq. taxpayer identification number was included on Attachment B to Exhibit 7. After the Opposition was filed, defense counsel has filed a corrected image with these items redacted from the public record.

Rule 5.2 of the Federal Rules of Civil Procedure provides, unless the court orders otherwise, in an electronic filing with the court that contains an individual's social security number, taxpayer identification number, or birth date, the party making the filing may only include the last four digits of the social security number and taxpayer identification number and the year of the individual's birth. *See* Fed. R. Civ. P. 5.2(a). The court finds that because the Response contains personal identifiers, good cause exists to keep the unredacted version of the Response under seal.

/ / /

/ / /

1   Having reviewed and considered the matter,

2   **IT IS ORDERED** that Defendant's Motion for Leave to File Under Seal (Dkt. #16) is

3   GRANTED.

4   Dated this 25th day of March, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE