# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

Y.Z., et al.,

Plaintiffs,

V.

Clark County School District,

Defendant.

Attorney's Fees

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-01545-APG-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiffs are awarded $13,629.00 in fees and costs.

October 20, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk